United States District Court
Southern District of Texas
FILED

AUG 1 0 2010

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No   M-10-2204-M-02 |
| | § | |
| ELPIDIO HERNANDEZ-GUZMAN | § | |

**ORDER**

Came on to be considered "Government's Motion to Withdraw Unopposed Motion to Dismiss Complaint" *(Docket No. 38)* as to defendant, Oscar Mendiola with case number M-10-2128-M for the reason that it was mistakenly filed in this case.   It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the "Government's ~~Motion to Withdraw~~ Unopposed Motion to Dismiss Complaint" *(Docket No. 37)* as to defendant Oscar Mendiola with case number M-10-2128-M is hereby withdrawn.

SIGNED on this the _10th_ day of August, 2010 at McAllen, Texas.

_____
**PETER E. ORMSBY**
**UNITED STATES MAGISTRATE JUDGE**